# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.    NO. 4:12CR00014-014  SWW | |
| STEVEN MARCUS KNIGHT | DEFENDANT |

## ORDER

The above entitled cause came on for hearing November 17, 2015 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of counsel and admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **REVOKED granting government's superseding petition to revoke [doc #693]**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ELEVEN (11) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Texarkana, Texas or Seagoville, TX to be close to his girlfriend in Clarksville, TX; and that defendant participate in substance abuse programs and treatment and mental health counseling during incarceration.

There will be a term of two (2) YEARS of supervised release following the term of incarceration with the following conditions:

1.      Defendant shall follow all standard conditions of supervised release and all

      previously imposed conditions.

2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

4. The defendant shall participate in and successfully complete cognitive behavioral therapy (CBT) programing under the guidance and supervision of the U.S. Probation Office, to include Moral Reconation Therapy (MRT), anger management, and substance abuse MRT.

The defendant is remanded to the custody of the United States Marshal to be transported to the designated facility for the service of the sentence imposed.

IT IS SO ORDERED this 18th day of November 2015.

/s/Susan Webber Wright

United States District Judge